**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10113-STA |
| ROBERT DANIEL NEWSOME, JR., | ) | |
| Defendant. | ) | |

_____

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**
_____

This cause came to be heard on November 9, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Robert Daniel Newsome, Jr., appearing in person, and with counsel, Eric Plumley.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, FEBRUARY 8, 2019 at 10:30 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is released on R & R bond..

**ENTERED** this the 9th day of November, 2018.

 

                                                 s/ S. Thomas Anderson
                                                 CHIEF JUDGE, U. S. DISTRICT COURT