# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>ROBERT DANIEL NEWCOMB JR )<br>) | Docket No.: 1:18-CR-10113-STA |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING TO LATER DATE AND NOTICE OF RESETTING**

Before the Court is Defendant's Unopposed Motion to Continue Sentencing Hearing. For good cause shown, and pursuant to Local Rule 32.1(b), Defendant's Motion is GRANTED. Defendant's sentencing hearing is hereby reset to **TUESDAY, MARCH 12, 2019 at 10:00 a.m.**

SO ORDERED this 1st day of February, 2019

s/S. Thomas Anderson
S. Thomas Anderson
Chief U.S. District Judge